**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1066

JESSE R. LANCE,

Plaintiff - Appellant,

versus

MAY ALICE WILLIAMS; DEPUTY PORTER; JAMES
BECKETT; DIANA BECKETT,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Sol Blatt, Jr., Senior District
Judge.  (CA-02-1316-2)

Submitted:  April 15, 2004          Decided:  April 22, 2004

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jesse R. Lance, Appellant Pro Se.  William Walter Doar, Jr., MCNAIR
LAW FIRM, P.A., Georgetown, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesse R. Lance appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lance v. Williams, No. CA-02-1316-2 (D.S.C. Nov. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED